# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN THOMAS BLAZER, | No. CV 06-5329-ODW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 17, 2009

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE